UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DELTA AIR LINES, INC.,

    Plaintiff,

v.                                          Case No.  8:14-cv-948-T-24 TGW

NETWORK CONSULTING ASSOCIATES,
INC., et. al,

    Defendants.
_____/

**ORDER**

This cause comes before the Court on the remaining parties' Joint Motion for Administrative Closure.  (Doc. No. 110).  Specifically, Plaintiff and Defendants Millennium Travel and Promotions, Inc., Vacation Tours USA, Inc., and Henry J. Armand (the "Armand Defendants") inform the Court that the case against these remaining defendants has been settled, and they ask the Court to administratively close the case without prejudice during the term of the settlement agreement.  While the settlement agreement is not attached, it appears that the settlement term could last through August 1, 2018.

The Court is not willing to administratively close and stay this case for nearly three years, and therefore, the motion is denied.  The parties have settled this case, and as a result, Plaintiff's claims against the Armand Defendants are **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action as to these claims within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.  The Clerk is directed to close the case and terminate all pending motions.  The December 8, 2015 pretrial conference and January 2016 trial are cancelled.

**DONE AND ORDERED** at Tampa, Florida, this 1st day of December, 2015.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record